IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACIE SCHLISNER, | |
| Plaintiff, | 4:18CV3133 |
| v. | |
| | **ORDER** |
| NANCY BERRYHILL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted, and, accordingly, that Plaintiff shall be allowed to proceed without payment of the filing fee.

DATED this 28th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge